UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CV #: CV 97 5369

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) HON. Carol Bagley Amon |
| Plaintiff, | ) Claim No. C-51549W |
| v. | ) |
| Edwin Batiz Aka Edwin Batiz Jr. | ) |
| Defendant(s), | ) |
| and | ) |
| RELY Straight Up Inc | |
| Garnishee | ) |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 1 2005 ★
P.M. _____
TIME A.M. _____

## GARNISHEE ORDER

Upon the annexed Instalment Payment Agreement and terms thereof, and upon the Defendant, Edwin Batiz Aka Edwin Batiz Jr., consent to the Garnishment of his wages upon his default of the annexed Instalment Payment Agreement, and

Now, on motion of Mullen & Iannarone, P.C., attorneys for the Plaintiff, it is ordered that upon a default by the Defendant pursuant to the terms of the annexed Instalment Payment Agreement, that Plaintiff may serve the Garnishee by first class mail, and the Garnishee is to pay the sum equal to 10% of the defendant's net disposable weekly earnings to the plaintiff,

Payments made payable:   "U.S. Department of Justice",
Mail checks to:          National Central Intake Facility
                         P.O. Box 198558
                         Atlanta, GA 30384-8558

and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant, Edwin Batiz Aka Edwin Batiz Jr., or until further Order of the Court.

SO ORDERED;

Dated: 10/25/05

/S/ HON. CAROL B. AMON
_____
UNITED STATES DISTRICT COURT JUDGE